COPY

1 | Frank C. Rothrock (SBN: 54452)
Natasha L. Mosley (SBN: 246352)
2 | SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
3 | Jamboree Center
Irvine, California 92614
4 | Telephone: (949) 475-1500
Facsimile: (949) 475-0016
5 | frothrock@shb.com
nmosley@shb.com
6 |
Attorneys for Plaintiff Jagex Limited
7 |

FILED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
2011 JUN 28 PM 4: 16
BY ___

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 |

11 | JAGEX LIMITED,  ) Case No.  **SACV 11-00969 CJC (MLGx)**
    )
12 |          Plaintiff,  ) Judge: Hon.
    ) Dept.:
13 |     vs.  )
    )
14 | DOES 1-10,   , inclusive,  ) **COMPLAINT**
    )
15 |          Defendants.  ) [Jury Trial Demanded]
    )
16 |    )
    )
17 | _____ )

18 |     Plaintiff, Jagex Limited ("Jagex"), for its Complaint against Defendants Does

19 | 1-10   ("Defendants") hereby alleges as follows:

20 |                  **I.     NATURE OF THIS ACTION**

21 |     1.     Jagex seeks injunctive relief, damages, and other related and equitable

22 | relief for violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201 et

23 | seq., and for breach of contract.

24 |                 **II.     JURISDICTION AND VENUE**

25 |     2.     This Court has subject matter jurisdiction over this dispute pursuant to

26 | 28 U.S.C. §§ 1331, 1338, and 1367.

27 |     3.     This Court has personal jurisdiction over Defendants because Defendants

28 | reside in the state in which this judicial district is located, and within this judicial

1  district, or have sufficient contacts with this judicial district to warrant this Court

2  asserting personal jurisdiction over each Defendant.  On information and belief,

3  Defendants have committed DMCA violations by circumventing a technological

4  measure that effectively controls access to a work protected under the United States

5  copyright laws by virtue of, inter alia, use of Bots purchased from Bot developers.  On

6  further information and belief, Defendants have breached their contracts with Jagex by

7  virtue of their use of Bots in this judicial district.

8        4.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b),

9  1391(c), and 1400(a).  Upon information and belief, Defendants reside in this judicial

10  district and wrongful acts committed by Defendants have occurred in, and/or are

11  causing injury to Jagex, in this district.

12        **III.   JAGEX AND ITS RUNESCAPE® GAME**

13        5.    Jagex is a corporation organized and existing under the laws of the

14  United Kingdom (UK registered company number 03982706), and has its registered

15  address at St. John's Innovation Centre, Cowley Road, Cambridge, CB4 0WS, United

16  Kingdom.

17        6.    Jagex employs approximately over 450 staff and is widely recognized as

18  an industry-leading company having been awarded numerous prestigious awards

19  including The Times Top 100 Best Companies award and was named one of the most

20  successful games studios in the world by the trade publication Develop Magazine.

21        7.    Since 2001, Jagex has owned and operated the RuneScape® game at the

22  website www.runescape.com.  RuneScape® is a massive multiplayer online game

23  ("MMOG").  The RuneScape® game takes place in a fantasy-themed realm divided

24  into several different kingdoms, regions, and cities.  Each region offers different types

25  of enemies, resources, and quests to challenge players.  The RuneScape® game is

26  comprised of software (including executable code, artwork, animation, and audio,

27  among other items) ("Software") accessed using a web browser to interact with

28  servers in the United Kingdom, providing a visually stimulating virtual environment

94767 V1

1  through which users interact within the RuneScape® game.  A screenshot of
2  RuneScape® is shown below:



8.    In 2008 RuneScape® was recognized as the world's most popular free
online role-playing game by Guinness World Records, with over 130 million accounts
created since the launch of the game in 2001.

9.    Jagex offers both a subscription and free-to-play versions of
RuneScape®.  Players who choose to subscribe to RuneScape® are given access to
additional lands, items and skills within the game.  Advertisements are also displayed
on the RuneScape® homepage.  However, subscription fees form the core of Jagex's
income.

10.    Players set their own goals and objectives in RuneScape®.  RuneScape®
does not follow a linear storyline. Within the game players are represented as
customizable avatars, a virtual representation of the player.  Players can battle demons
and dragons, complete quests, or increase their experience in any of the twenty-five
available skills for subscribers, or 16 available skills for free-to-play users.  Players

94767 V1

COMPLAINT

1 interact with each other through trading, chatting, or by participating in both

2 combative and cooperative minigames and activities.

3      11.    Gaining new experience levels requires a substantial investment of time

4 and effort in playing the game with many players investing many hundreds of hours

5 over a period of months or even years.  As of October, 2009, the three highest ranked

6 players have a cumulative total of over 2500 days in game (an average of

7 approximately 20,000 hours each).  All RuneScape® avatars represent a significant

8 time, financial and emotional investment on behalf of the player.

9      12.    Prior to being allowed to play RuneScape®, users are required to agree to

10 the Terms and Conditions at http://www.runescape.com/terms/terms.ws, attached as

11 Exhibit A.  The Terms and Conditions include the obligation that players follow the

12 "Rules of RuneScape," attached as Exhibit B and found at

13 http://www.runescape.com/kbase/guid/rules_of_conduct.  The Rules of RuneScape

14 preclude the use of macros or third-party software:

15           You must not use other software to gain an unfair

16           advantage in our games.  This includes automation tools,

17           macros, bots, or auto-typers.  You may not circumvent

18           any of our mechanisms designed to automatically log out

19           inactive users.

20

21           You also must not use any game-specific, third-party

22           software that encourages breaking of our rules, or

23           bypasses the normal navigation of our website, or

24           automatically requests pages from our website, or which

25           endangers user accounts.

26      13.    Any use of the RuneScape® game or Software that is not in accordance

27 with the Terms and Conditions is expressly prohibited.  Among other provisions, the

28 Terms and Conditions state that "YOU WILL BE LIABLE FOR ANY LOSS OR

1  DAMAGE [JAGEX] SUFFER[S] ARISING FROM YOUR BREACH OF THIS
2  AGREEMENT OR MISUSE OF A JAGEX PRODUCT."

3      14.    The provisions of the Terms and Conditions are designed to protect the
4  integrity of the RuneScape ® game by, among other things, preventing players from
5  cheating, and thereby adversely impacting the experience of all users that play fairly.

6      15.    The Terms and Conditions provide commercially reasonable contractual
7  protection of Jagex's rights in and to the RuneScape® game.

8  **IV.    BOT SOFTWARE**

9      16.    On information and belief, various entities ("Bot Developers") develop
10  and sell bot software programs ("Bot" or "Bots") that Defendants download and use in
11  contravention of the RuneScape® Terms and Conditions, circumventing RuneScape's
12  security measures, to gain unfair and unlawful advantages within the RuneScape®
13  game.

14      17.    Bot Developers' Bot software enables users who download and run the
15  Bot software to cheat fellow players by completing in-game tasks and advancing
16  characters with little or no human participation, thereby giving Bot users significant,
17  unfair and contractually prohibited advantages over legitimate players.

18      18.    Bot software generally operates by logging into the RuneScape® game,
19  as if the Bot software were a human user, and interacting with the RuneScape® game
20  based on programming within the Bot software, or based on one or more scripts that
21  are used to configure the Bot software to interact with the RuneScape® game in a
22  particular manner.

23      19.    While interacting with the RuneScape® game, the Bot software
24  automatically performs tasks that otherwise would be manually performed by a human
25  user.  For example, Bot software may be used to interact with the RuneScape® game
26  in such a manner so that the user's in-game character performs requisite actions to
27  increase one or more of the twenty-five available skills within RuneScape®.  When
28  the Bot software is operating, there is no need for the human user to be present at his

5

or her computer, thereby allowing the user to advance within the RuneScape® game without having to actually play the RuneScape® game him- or herself.

20.    On information and belief, when executed, the Bot software downloads a copy of the RuneScape® game client from www.runescape.com just as would a legitimate player using a web browser.  Once downloaded, the Bot software uses a system called reflection to examine the operation of the RuneScape® client, which is otherwise not normally shown to players.  The Bot software then uses this information in conjunction with color-sampling techniques to identify objects within RuneScape® that the Bot software wishes to interact with, such as trees, mining spots or monsters.

21.    The Bot software may be controlled by software programming or by scripts (a type of software program).  Scripts are written to perform specific functions such as woodcutting, mining or fishing, among other activities.  These scripts contain information regarding what objects the Bot software needs to look for and then what the Bot software should do with each object once it has found the desired object in the RuneScape® game.  Scripts are also commonly written to operate in a specific location within the RuneScape® MMOG world.  For example, one mining script may be written to operate only in the Rimmington mining area within RuneScape® and will contain information specific to that area, while another might only work in the Mining Guild area of RuneScape®.

22.    On information and belief, Bot developers sell Bot software via one or more online web sites, e.g., as shown in Exhibits C and D.  The web sites shown in Exhibits C and D provide a large library of software and scripts, some of which may be freely downloaded by users.  Other software and scripts require either a one-time payment or a recurring subscription before they may be used.  Lifetime subscriptions may also be offered.

23.    Users may pay Bot developers via PayPal® (an online payment service based in California, USA), via OneBip (a mobile phone payment service based in

94767 V1

1 | Italy), via US Mail, or other payment vehicles offered by a particular Bot developer.

2 | (*See* Exhibit D, at 12.)

3 |     24.    PayPal "allows members to send money without sharing financial

4 | information, with the flexibility to pay using their account balances, bank accounts,

5 | credit cards or promotional financing. With nearly 98 million active accounts in 190

6 | markets and 25 currencies around the world, PayPal enables global ecommerce." (*See*

7 | Exhibit E.)

8 |     25.    On information and belief, Bot developers actively market and promote

9 | the Bots with knowledge that the Bot developers are encouraging and enabling Bot

10 | users to breach their contracts with Jagex, and to circumvent the Digital Millennium

11 | Copyright Act when the purchaser uses the Bot software in conjunction with the

12 | RuneScape® game.

13 | 

**V.    TECHNOLOGICAL MEASURES**

14 |     26.    In order to detect when a player violates the Terms and Conditions by

15 | cheating, e.g., by using automation tools, macros, bots, or auto-typers ("bots"), Jagex

16 | uses at least one technical measure that effectively controls access to the RuneScape®

17 | Game, a work which is protected by United States Copyright Laws, 17 USC § 101 et

18 | seq.  Jagex owns multiple registered copyrights on various aspects of the Software

19 | defining the RuneScape® game, as well as unregistered copyrights on dynamic non-

20 | literal elements of the RuneScape® game.

21 |     27.    Whenever a user plays the RuneScape® game, all of his or her actions

22 | are monitored by automated processes running on one or more Jagex servers.

23 |     28.    The data collected by the monitoring software is analyzed to determine

24 | whether the actions performed while the account holder is logged in to the

25 | RuneScape® game (whether by the human account holder him- or herself, or by a Bot

26 | software operating while logged in at the account holder) meet proprietary criteria that

27 | indicate that the account holder is using Bot software.

28 |

COMPLAINT

29.     If the monitoring software determines that the actions performed during one or more gaming sessions satisfy the proprietary criteria indicating that the account holder is using Bot software, then the monitoring software suspends the account holder's RuneScape® account, thereby preventing the user from further access to the dynamic non-literal aspects of the RuneScape® game.

## VI.    THE DEFENDANTS

30.     Jagex is unaware of the true names and identities of defendants sued herein as DOES 1 through 10,000, inclusive, and therefore sues these defendants by such fictitious names.

31.     Defendants are users who have signed up to play the RuneScape® game via the web site www.RuneScape.com.  During the signup process, each Defendant agreed to abide by the RuneScape® Terms and Conditions in exchange for being allowed to play RuneScape®, thereby entering into a valid, enforceable contract with Jagex.

32.     On information and belief, each Defendant has used one or more Bots to circumvent Jagex's automated technological measures in violation of the RuneScape® Terms and Conditions.

33.     On information and belief, a significant number of Defendants have purchased Bots using the PayPal® service.  (*See* Exhibit D at 7-12.)

34.     The only way to identify users who have successfully circumvented Jagex's automated technological measures is to obtain discovery from one or more payment service providers, such as PayPal, Inc., to learn the identity of Bot purchasers.

## VII.   COUNT I – CIRCUMVENTION OF TECHNOLOGICAL MEASURES UNDER THE DIGITAL MILLENNIUM COPYRIGHT ACT

35.     Jagex restates and incorporates by reference each and every allegation set forth in the paragraphs above.

94767 V1

36.    The RuneScape® game and the Software use automated security measures (monitoring software) to detect and prevent the use of Bot software.

37.    Jagex's monitoring software is an automatic technical measure that prevents ongoing access by users to the dynamic non-literal elements of the RuneScape® game when a user is detected as using unauthorized third party Bot software.

38.    On information and belief, Bot software is designed to mimic human behavior to avoid detection by the monitoring software.  Bot software includes mechanisms designed to make the bot appear human, such as organic mouse movements to mimic normal mouse activity, logging in and logging out after random lengths of time, automated responses/talking, changing activity in game frequently, changing camera angle, avoiding repeated clicks on the same screen position, etc.

39.    When each Defendant executes and runs Bot software in conjunction with the RuneScape® game, that Defendant's actions constitute a violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a).

40.    On information and belief, Defendants' acts have been and continue to be willful.

41.    Jagex has been irreparably damaged, and continues to be damaged irreparably, by Defendants' violations of the DMCA.

## VIII. COUNT II – BREACH OF CONTRACT

42.    Jagex restates and incorporates by reference each and every allegation set forth in the paragraphs above.

43.    The Terms and Conditions of RuneScape® are a valid, enforceable contract ("Contract"), accepted by every RuneScape® player prior to each player playing the RuneScape® Game.  (Exhibits A, B.)

44.    The RuneScape® Terms and Conditions incorporate by reference the Rules of RuneScape®.  (Exhibits A, B.)

COMPLAINT

45. The Rules of RuneScape® prohibit the use of Bot software. (Exhibits A, B.)

46. The consideration set forth in the Contract was fair and reasonable.

47. Jagex has performed all conditions, covenants, and promises required by it on its part to be performed in accordance with the terms and conditions of the Contract.

48. Each Defendant breached the Contract by using Bot software after acceptance of the Contract.

49. By reason of Defendants' breach of said Contract as herein alleged, Jagex has suffered financial damages.

## IX.   DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38 and the Seventh Amendment to the Constitution of the United States of America, Jagex hereby demands a trial by jury on all issues so triable.

## X.   RELIEF SOUGHT

WHEREFORE, Plaintiff Jagex prays for:

A. Judgment that Defendants violated the Digital Millennium Copyright Act by willfully circumventing Jagex's technological measures that effectively control access to a work protected under Title 17 of the laws of the United States.

B. A preliminary and permanent injunction against Defendants' further circumvention of Jagex's technological measures that effectively control access to a work protected under Title 17 of the laws of the United States.

C. An award of statutory damages, for each Defendant, in the amount of $2,500 per each act of circumvention by that Defendant, pursuant to 17 U.S.C. § 1203 (c) (3).

D. Judgment that the Contract is a valid and enforceable contract.

E. Judgment that each Defendant has breached the Contract by his or her individual use of Bot software in conjunction with the RuneScape® game.

94767 V1

F.    A permanent injunction preventing each Defendant from further breaches of the Contract, and preventing each Defendant from further interaction with any Jagex product, regardless of any alias used by each Defendant.

G.    An award of attorney's fees and costs.

H.    The recovery of post-judgment interest on each and every award.

I.    Such other and further relief as the Court deems just and proper.

Dated:  June 28, 2011                    SHOOK, HARDY & BACON L.L.P.

By: _____
                                          Frank C. Rothrock
                                          Natasha L. Mosley
                                          Attorneys for Plaintiff
                                          Jagex Limited

11

94767 V1

COMPLAINT

# EXHIBIT  A





Location: **Home** » Terms & Conditions

TERMS & CONDITIONS

If you were a resident of France when you created your account and you created your account on or after 20th August 20
click here to view the Terms & Conditions which apply to you.

If you were a resident of Germany when you created your account and you created your account on or after 14th Febru
2007, click here to view the Terms & Conditions which apply to you.

If you were a resident of Brazil when you created your account and you created your account on or after 18th November 20
click here to view the Terms & Conditions which apply to you.

---

Effective Date: 13th May, 2

**Terms & Conditions**

**Introduction**
This website is owned and operated by Jagex Limited ("Jagex"), a company registered in England and Wales (register
number 3982706). Our registered office is at St John's Innovation Centre, Cowley Road, Cambridge, CB4 0WS, Un
Kingdom. Our VAT number is 791 951 784.

**Definitions**
"Jagex Product(s)" is used as shorthand for our online games including all Jagex websites used to play those games.

References to "Stopping" an account include all or any of: locking, temporarily or permanently banning, or temporaril
permanently muting the account. If your account is muted, you can continue to play but will not be able to use free text cha
your account is banned, you will not be able to access your account at all. NB Membership credit continues to expir
accounts are muted or banned.

**Applicability**
Please read these terms and conditions carefully. Your accepting them in full is a condition of your use of a Jagex prod
(whether or not you subscribe). If you don't agree with any part, please don't accept them or use the Jagex product.

If you have any questions about these terms and conditions, please contact us via email at lawcontact@jagex.com and
not use the site until you are satisfied with and can accept these terms and conditions in full.

**Changes**
We may change these terms and conditions to reflect: changes in applicable laws; regulatory or security requireme
relevant guidance or codes of practice; technical alterations to Jagex Products; and to improve clarity and consiste
Please check the terms and conditions whenever you use a Jagex Product. If you are not a subscriber, we will treat y

continued use of a Jagex Product's acceptance of these changes from their effective date as shown above. If you are subscriber, we will treat you as bound by the changes on the first renewal date for your subscription after the effective and so you should cancel your subscription (as explained below) before this renewal date if you don't like the propo changes.

## A SPECIAL NOTE ABOUT PRETEENS AND USERS UNDER 18

Jagex's products (RuneScape, War of Legends, Stellar Dawn and FunOrb) and Jagex's websites are not targeted to us under 13 years of age. If you are under 13 years of age, from 24 November 2010 you will not be permitted to create account for any of these products. If you are under 13 years of age and created an account prior to November 24, 2010, will be allowed to continue playing with the limitations placed on users under 13 years of age as explained below.

If you are under 13 we may be able to direct you to other products that may be suitable for you. If you are under 13 created an account prior to 24 November 2010, you will be unable to disclose personal data through the game or websi we find out that any personal data we have collected is from someone under 13, we will automatically delete it. recommend that, for existing accounts, parents / guardians should play together with their children.

If you are under 13, have created an account prior 24 November 2010 and subscribe to the members' version of our ga you are representing (i.e. making a promise) that you have consent from your parents / guardian to use Jagex Product accordance with our terms and conditions and privacy policy. Nonetheless, we may Stop any account if we are not satis that such consent has been given or that such consent does not comply with local laws regarding users who are unde years of age.

If you are under 18, by using our website you are representing (i.e. making a promise) that you have consent from y parents / guardian to use Jagex Products in accordance with our terms and conditions and privacy policy. We may Stop account if we are not satisfied that such consent has been given.

If we are told by a parent / guardian that their child has lied about their age when registering for Jagex Products, we will S the account provided we have information which satisfies us that the reporting person is indeed the parent or guardian.

Parents can find more information about the game and how to contact us in the Parents' Guide.

### Safety / abuse

Before using any Jagex Product you should read the guides found in our Safety & Security Guidelines. It is particula important to read the Play Safely Guide and the Health & Safety Guide. Parents of those under 18 should review our sa materials in the Player Safety section of the Parents' Guide.

Whilst we reserve the right to monitor and take action if any Jagex Product is used inappropriately (including the postin objectionable material on the chat facility or otherwise), we cannot promise that any Jagex Product won't contain s content or that we will remove / modify any particular content. Nor can we guarantee that users will comply with our te and conditions or otherwise behave appropriately.

If you are the victim of offensive or inappropriate behaviour or receive any other unwanted communications, you should the built-in facilities to block the messages. (See this article for guidance on blocking messages.) You should repo inappropriate behaviour to us via the in game "Report abuse" button as well as seeking appropriate external help, example from parents or law enforcement authorities. If you continue to suffer problems, or are not satisfied, then you m stop using the relevant Jagex Product(s).

### Your account

To use many features of Jagex Products, we require you to create an account. We grant valid account holders a n exclusive, non-transferable license for the period of membership to use Jagex Products and to download and use our cl software and connect to our servers solely to use Jagex Products in accordance with these terms and conditions.

You must not choose a username that infringes the rights of any third party, impersonates Jagex staff or other users, wh is deliberately confusing or which is offensive, racist, obscene, hurtful, unlawful or otherwise inappropriate or wh breaches the username requirements specified on our site or our Rules of Conduct. We reserve the right to make s assessment in our sole discretion, change any username for any reason or take such other action as we beli appropriate.

You agree to keep your password safe at all times and not to disclose it to any other person. You are responsible for activities of all persons who use your password to gain access to your account. To help ensure the safety of your passw you must keep your computer free of viruses and other malicious code including Trojans. You must use your passw accordance with the password requirements specified on our site and our Rules of Conduct. Real Jagex staff will never you for your password. If you believe that someone has stolen your password or otherwise gained access to your accou

submit an Account Recovery re    st via the Account Recovery link on the    osite of any Jagex Product. To see guidance about password security and safety practices, please _____.

**Rules**

You must comply with the current version of any rules, guidelines, codes of conduct or instructions specified in any Ja Product including our game rules, the current version of which is _____ and incorporated herein by reference. use of any Jagex Product not in accordance with the game rules exceeds the scope of the license granted by these Term Conditions.

**Our rights**

If, acting reasonably, we consider that our Terms and Conditions have or may have been breached, or that there has b fraudulent, unlawful or abusive activity, or that it is necessary in order to prevent or stop any harm or damage to us, to Jagex Product, to other players or the general public, we may Stop (as defined above) any or all accounts of Jagex Prodi which we think are connected with the offender subject to such right of appeal as is specified on our website and/or res access to or delete virtual currency or anything acquired by means of virtual currency. Such actions may result in los membership credit and/or loss of real money paid as part of any item / account trading or other prohibited transaction.

To prevent or remedy breach of our Terms and Conditions or any harm or damage to us, to any Jagex Product or to o players or the general public , we may automatically or manually monitor, censor (including rejection or removal of content) and/or record public or private chat or other activities in any Jagex Product.

**Intellectual property rights**

Jagex®, RuneScape® and FunOrb® are registered trade marks of Jagex Limited in the United Kingdom, the United St and other countries.

You must not reverse-engineer, decompile or modify any Jagex Product client software in any way (except to the ex allowed by applicable law). You must not use a modified/customised version of the client software or attempt to sub-lice it. You must not create or provide any other means by which any Jagex Product may be played by others (including, wit limitation, replacement or modified client/server software, server emulators).

Materials (including without limit all information, software, data, text, photographs, graphics, sound and video) placed on Jagex Product by us or on our behalf are protected by copyright and other intellectual property rights of ourselves or business partners / suppliers / advertisers. You may not use these materials or any Jagex Product except in accorda with these terms and conditions and for personal (i.e. non-commercial) use only.

You agree that all intellectual property or other rights in any game character, account and items are and will remain property.

By posting chat or other materials on any Jagex Product, you grant us a non-exclusive, perpetual, worldwide, royalty f worldwide license to use and/or modify such materials on any Jagex Product as we see fit.

You agree that by submitting any material of any kind to us for any purpose connected with any Jagex Product (r exhaustive examples are suggestions and ideas for any game or contributions to any Gallery page), you are giving u non-exclusive, perpetual, worldwide, royalty-free license to use and/or modify the submitted materials as we see fit. agree to waive any moral rights to the extent permitted by law and that you will not withdraw the submission or attemp make a charge for its use. Furthermore you guarantee that you are the exclusive copyright holder in relation to submission and that the submission in no way breaches the rights of any other person or entity.

**Subscription**

You need a subscription to use certain features of Jagex Products. If you apply for a subscription, you must ensure all information that you submit is true and accurate (including without limit your credit card number and expiration date, other payment details) and that you have appropriate parental or guardian consent as applicable. You agree to pa subscription fees specified when you apply including all applicable taxes. Unless otherwise stated, all prices shown for countries include VAT.

By submitting your order you are making an offer to subscribe to the relevant part of the Jagex Product(s). Your offe accepted and a binding contract occurs when we send a message to your account mail inbox confirming that your paym has been received or if you log into a subscribers-only part of a Jagex Product (whichever comes first).

All subscription payments will continue to be taken in advance at the relevant intervals (e.g. monthly in the case of mor subscriptions) until you cancel your subscription (see below).

Payments by credit cards are also subject to our _____ which forms part of these terms and conditions.

We reserve the right to alter the amount or terms of our subscription fees at any time. This will only apply to those who following the change, take out new subscriptions or re-subscribe (their previous subscriptions having expired) specifically agree to the new fees / terms.

We reserve the right to charge you for any unauthorized use of your subscription by third parties.

## Cancellation by you

You may cancel your subscription at any time by clicking here or selecting the "Cancel Subscription" link from the account management section on the website of any Jagex Product.

Upon cancellation you will not be charged any further subscription fees. No payments already made will be refunded (wholly or partly) but you can of course use up any unused membership credit in the account.

For important information about the legal cancellation rights of EU consumers, please click here.

## Virtual Currency (WoLCash/JCredits)

In certain of our games, we offer virtual currency for sale or, in our discretion, as free promotions. Virtual currency can be redeemed (ie used) to acquire certain digital goods / services, which we describe below as "Items". If you obtain virtual currency, you must check that it has been correctly credited to your account and tell us immediately if not.

PLEASE TAKE NOTE that virtual currency is subject to very important restrictions:

Virtual currency expires and will be deleted if it has not been redeemed within a certain period after acquisition so you should redeem it as soon as possible. The expiry period is whatever we specify when you acquire the virtual currency or, if we haven't specified a time limit, three months from acquisition.

Unless we say otherwise on our website, virtual currency can only be redeemed within the world of the game where you acquired it. We may at any time change or remove any or any type of Item for which virtual currency can be redeemed as well as the amount of virtual currency needed to acquire a particular Item. You may only redeem virtual currency for items on offer at the time of redemption.

Virtual currency does not have any inherent value and is not your own private property. You can only use them to acquire those Items which we decide in our discretion to offer in return for virtual currency. We do not provide any cash or refunds for virtual currency (except as required by law). Virtual currency is for your personal use only. You must not sell or transfer it, make it available to anyone else or attempt to do so or encourage anyone else to do any of these things.

We may impose additional restrictions concerning the acquisition or redemption of virtual currency. For example we may cap the amount of virtual currency which can be acquired or held or redeemed in any particular period or we may impose restrictions based on your country of residence.

We may restrict access to or delete virtual currency or Items: (1) as outlined under "Our Rights" above; (2) if the virtual currency was awarded in error; or (3) if a payment for virtual currency is charged back or otherwise cancelled or reversed.

We may at any time decide to end the entire virtual currency program for all or any of our games. Before we delete any unused virtual currency, we will endeavour to give you at least four weeks to redeem it.

## Privacy policy

For a description of how we use your personal data, please see our Privacy policy.

## Functioning of Jagex Products

We will do our best to maintain operation of Jagex Products and rectify faults as quickly as possible. We may have to suspend operation of a Jagex Product without notice for repair, maintenance, improvement or other technical reason. If so we will do our best to ensure that the suspension is as short as possible. We cannot accept responsibility for such suspensions or for any interruption or error caused by circumstances outside our reasonable control.

We cannot guarantee that Jagex Products will work with any particular computer equipment or in conjunction with any particular software or connectivity services. We do not accept responsibility for such equipment, software or services.

## Third parties

Jagex Products may include links to internet sites or other technologies supplied by third parties including site technologies which enable you to pay by means of payment methods provided by third parties. We make no promises about those sites or their content, products or services as these are outside our reasonable control.

**OUR AND YOUR LEGAL RESPONSIBILITY**

WE DO NOT ACCEPT LEGAL R`      `ONSIBILITY FOR ANY LOSS OR DAMAGE      `JSED BY US OR OUR EMPLOYEES
AGENTS IN CIRCUMSTANCES WHERE (A) THERE IS NO BREACH OF A LEGAL DUTY OF CARE OWED TO YOU BY US
BY ANY OF OUR EMPLOYEES OR AGENTS; (B) SUCH LOSS OR DAMAGE IS NOT A REASONABLY FORESEEAB
RESULT OF ANY SUCH BREACH; OR (C) SUCH LOSS OR DAMAGE RELATES TO A BUSINESS. YOU AGREE TO WA
ANY LEGAL DUTY OF CARE OWED TO YOU BY JAGEX, TO THE MAXIMUM ALLOWED BY LAW.

YOU WILL BE LIABLE FOR ANY LOSS OR DAMAGE WE SUFFER ARISING FROM YOUR BREACH OF THIS AGREEME
OR MISUSE OF A JAGEX PRODUCT.

### Transfer

We may transfer all or part of our rights or duties under this agreement provided we take reasonable steps to ensure
your rights under this agreement are not prejudiced. As this agreement is personal to you, you may not transfer any of y
rights or duties under it without our prior written consent.

### General

Nothing in these terms and conditions affects your statutory rights as a consumer. Headings above are for guidance
and not binding. If we fail to enforce any provision of these terms and conditions, that failure will not preclude us fi
enforcing either that provision (or any similar provision) on a later occasion. If any provision of these terms and condition
found by a court to be invalid, we agree that the court should endeavour to give effect to the parties' intentions as reflecte
the provision and that other provisions remain in full force and effect. Except for clauses excluding or restricting our liabil
person who is not a party to this agreement shall have no rights under the Contracts (Rights of Third Parties) Act 199
enforce any term of this agreement. These terms and conditions are governed by English law and any dispute connec
with them or Jagex Products will be decided only by the courts of the United Kingdom.

### Complaints

If you are dissatisfied with this website or any aspect of it, please contact us via the forms on our website or write to
registered office above.

This website and its contents are copyright © 1999 - 2011 Jagex Ltd
Use of this website is subject to our Terms & Conditions and Privacy Policy.



# EXHIBIT  B

Home          Play Now          Account          Game Guide          Community          **Help**

Location: Home > Customer Support > Rules of RuneScape

### RULES OF RUNESCAPE

Introduction | Honour | Respect | Security

### Introduction

RuneScape is played by millions of people from a great many different countries and a wide range of cultural backgrounds. The RuneScape player community is much like the larger, real-world community: while most people within it are honest, courteous and respectful of others, there are a small number of individuals whose behaviour has the potential to alienate or offend. It is for this reason that we have an Offence System, which has been designed to help protect our players from this disruptive minority.

If, in the course of play, you come into contact with another player whose behaviour you consider offensive or aggressive, there are a number of options available to you. The first is to add the player to your Ignore List, or adjust your chat settings so they cannot continue to bother you. Most minor incidents can be dealt with in this way, and neither you nor Jagex will need to take any further action.

Sometimes, however, you might encounter a player whose behaviour is particularly offensive. In such cases, you can use the Report Abuse feature to report the player to the Jagex Player Support team. Player Support will then investigate the incident, and if the reported player is deemed to have behaved inappropriately, or broken any of our rules, appropriate action will be taken to minimise the chances of that player causing further disruption.

Occasionally, innocent players might find themselves falsely accused of committing an offence, perhaps because they made an innocuous comment that was misinterpreted by another player. For this reason, reported incidents will be investigated thoroughly, and any evidence will be carefully evaluated, to ensure that innocent players are not given unwarranted penalties. Players who feel that they have been falsely accused of committing an offence should submit an appeal via the account management page.

The RuneScape rules are organised into three categories: Honour, Respect and Security. Please take some time to familiarise yourself with these rules before playing RuneScape.

Back to the top

### Honour

We expect our players not to cheat or indulge in dishonest behaviour. With this in mind, the following behaviour is deemed unacceptable:

Macroing, and use of bots or third-party software
Real-world trading
Buying, selling or sharing an account

People report
Anti-social behaviour
Jagex staff impersonation
Password or account information phishing
Advert blocking
Encouraging others to break the rules

*Back to the top*

## Respect

Players and Jagex staff are entitled to the respect of the other members of the player community. With this in mind, the following behaviour is deemed unacceptable:

Discrimination of any kind, whether based on another person's race, nationality, gender, sexual orientation or religious beliefs
Solicitation
Threatening another person, or bullying of any kind
Using obscene or inappropriate language
Spamming, or disruptive behaviour
Misuse of the forums

*Back to the top*

## Security

It is of the utmost importance that the personal security of our players is not jeopardised while playing RuneScape. With this in mind, the following behaviour is deemed unacceptable:

Asking for or providing contact information such as full names, ages, postal or email addresses, telephone numbers or bank details
Discussing or advocating illegal activity of any kind, such as the use of illegal drugs
Advertising other websites

**To find out more about our offence system, click here.**

*Back to the top*



**More articles in** Customer Support

**Rules of RuneScape**
Password Support
Offence Appeals
Locked Account Recovery
Reporting Abuse

**Further Help**
If this article does not help you, you may find the following sections of the RuneScape site helpful:

Visit the forums
Game-related questions

**Search for:**

**Category:**   - ALL - ▼

**Subcategory:**   - ALL - ▼

**Criteria:**

☑ Title    ☑ Keywords

☑ Description    ☑ Body

**Find:**

◉ All

○ Any

**For help on searching, see our** Search Tips **page.**

This website and its contents are copyright © 1999 - 2011 Jagex Ltd
Use of this website is subject to our Terms & Conditions and Privacy Policy.



Game Guide

Location: Home > Customer Support > Rules of RuneScape > Macroing, and use of bots or third-party software

## Macroing, and use of bots or third-party software

### Effective date: 12th May 2009

You must not use other software to gain an unfair advantage in our games. This includes automation tools, macros, bots, auto-typers. You may not circumvent any of our mechanisms designed to automatically log out inactive users.

You also must not use any game-specific, third-party software that encourages breaking of our rules, or bypasses the normal navigation of our website, or automatically requests pages from our website, or which endangers user accounts.

**Related Questions**

Below are some related questions which may help you to further understand and follow this rule:

1. Why do we have this rule?

2. What type of third-party software is NOT allowed?

3. What do you mean by "software"?

4. How does the new macro detection system work?

5. Will I be able to appeal against a ban for macroing?

6. What is AFK Training?

1. Why do we have this rule?

First, we don't want players to download third-party software from untrusted sources that can, and often do, contain keyloggers, trojans and viruses. Many players have had their accounts stolen because they have inadvertently installed hacking software on their machines. Even if the author has good intentions, an unintended flaw in their software could sti put your account at risk. Some supposedly reputable software has had problems in the past. There are also cases of peo deliberately writing software which looks like a useful add-on, but actually just steals your password.

Secondly, macroing ruins the game for everyone else. We don't want some players having an unfair advantage and filling

all the best training spots with b     This game is designed to be enjoyed by h     ns, not bots. In the past, when we have not enforced this rule, we have rapidly found it quickly spoils the game, and players themselves start demanding that we enforce it. Now we enforce it thoroughly.

Back to the top

## 2. What type of third-party software is NOT allowed?

This includes, but is not limited to the following third-party software:

1. Software that attempts to communicate directly with our game worlds.
2. Software that monitors, modifies or decrypts the communications between our game applets and our game world
3. Software that generates input to our game applets. This includes software that automatically moves the mouse pointer or generates mouse clicks or key presses.
4. Modified or replacement versions of our game applets. Reverse-engineering our game applets is strictly prohibite Using a modified version of our game applets is not permitted for any reason. Third-party software that displays pages/content from our website(s), and that has specific features (i.e. toolkits) must not be used to access our website unless that software conforms with all of the other rules, and the following additional rules:
   - It must not encourage rule-breaking or endanger users.
   - It must not contain adverts or links to websites that encourage rule-breaking or endanger users.
   - It must not automatically make repeated page/content requests from our website or otherwise make excessively bandwidth-intensive requests from our servers (each page/content request should only be in direct response to a user request each time).
   - It must not bypass the normal navigation of our website for users wishing to reach the game worlds. The software should initially only point at the front page of our websites, and should require the user to navigat through the website normally to reach the game worlds. The software must not contain or acquire direct lir to the game applet.
   - It must not hide or encourage the hiding of any of the adverts on our website. To avoid encouraging users : hide the advert above the game, the pane displaying pages from our website must default to at least 630 pixels high (if viewed on a screen with a resolution higher than 800x600), and it must not be possible to re it to less height than that, i.e. the page must be displayed in such a way that both the game and advert are visible at the same time.
   - It must not attempt to make it easier to enter a busy game world than it would be for users not using the software. It must not contain any features to make it easier to enter or monitor busy worlds.
   - If the software has its own integrated chat feature, separate from the game chat, it should make it very clea users that this chat is not part of our games and is not official, endorsed, or moderated by Jagex in any wa Furthermore, this chat should still be moderated (just not by us), and the moderators should not allow cha which infringes our Rules of Conduct. To avoid confusion with the official game chat, moderators of the external chat should not be indicated with a silver or gold crown. If the chat is IRC based, then the software should only allow access to IRC channels which conform with the above rules.

In any case, the use of such software is not recommended. We do not recommend the use of ANY third-party software, as is potentially extremely dangerous. Please be aware that there is software out there that claims to be a great add-on, but actually installs a keylogger on your computer and steals your password! You should also be aware that there is dangero software around that won't necessarily be spotted by your anti-virus software. Scanning downloads is, of course, a very go idea, but it still doesn't 100% eliminate the risk.

Back to the top

## 3. What do you mean by "software"?

Software means any type of program, including: downloadable software (e.g an .exe file), or web-based software (e.g a website set up to perform a similar function with flash, java, javascript or serverside scripts).

Back to the top

### 4. How does the macro detection system work?

Our macro detection system monitors activity on our servers and detects suspicious behaviour. This evidence is reviewed our team of experts who either confirm or reject the system's analysis. Jagex will not reveal the exact mechanics of how th system works, because this would make circumvention easier.

Back to the top

### 5. Will I be able to appeal against a ban for macroing?

Our policy has always been that we do not tolerate any form of cheating. We do not ban accounts lightly. Significant evider is always collected before any action is taken against a player. We will not reveal the evidence that we have collected, sin most cheats only want to know the evidence so that they can avoid getting caught the next time. Because we take breache of this rule very seriously, we do not allow players an appeal if they have been banned for using macro software. For more information on Offence Appeals, click here.

Back to the top

### 6. What is AFK training?

AFK training is Away From Keyboard training. While you are playing on our games, you must be at the computer. Away-fro keyboard training is not allowed, and you should log out when you leave the computer.

*To keep RuneScape enjoyable for everyone, please observe and follow our rules. We will not tolerate disruptive players, if you break our rules your account is likely to be banned or muted. Members who are banned or muted for breaking our rules are not entitled to any sort of refund.*

This website and its contents are copyright © 1999 - 2011 Jagex Ltd
Use of this website is subject to our Terms & Conditions and Privacy Policy.



# EXHIBIT  C

Welcome, **Guest**. Please login or register.

  

Search...

HOME    HELP    SEARCH    LOGIN    REGISTER

**RS Cheating Asylum**

RS CHEATING ASYLUM

### RSCA News
| | | 2022 Posts | **Last post** by Ryan [RuneCrafter] |
| | | 20 Topics | in Re: Welcome to SMF 2.0 |
| | | | on **Today** at 01:55:54 PM |

### Gaming Addiction
Discussion on the 'tobacco' of the 21st Century.

3602 Posts
259 Topics

**Last post** by codegrabber
in Re: How much is your ste...
on **Today** at 11:19:48 AM

IBOT OR NEXUS BY IMPULSE SOFTWARE

### Download the neXus client
Runs iBot scripts, iCredits, and neXus auth codes.

55873 Redirects

### Support

1806 Posts
219 Topics

**Last post** by Jamst
in Re: Changing ISP
on **Today** at 01:11:50 PM

**Child Boards:** Script Support, Client Support, Misc. Technical Support

### OEM BOTS
iBot is for advanced users, neXus keys are for the average user. Get the best prices here.

41253 Redirects

MARKET

### Market Information

9459 Redirects

 No New Posts     Redirect Board

RS CHEATING ASYLUM - INFO CENTER

 FORUM STATS

125646 Posts in 9586 Topics by 82985 Members. Latest Member: **themrpropk**
Latest Post: **"Re: Welcome to SMF 2.0"** ( **Today** at 01:55:54 PM )
View the most recent posts on the forum.
[More Stats]

 USERS ONLINE

**32 Guests, 72 Users (2 Spiders, 1 Hidden)**

Users active in past 60 minutes:
Kwin [714], poid, Chen [Monopoly], drb1990, Plantan, swimmerfans, Zak [Steel Fluff], Exarctus, Mad Nana, Avaryan, Ansemz, Robbie [Full 110], Corn Man, imzgrimreaper, Ryan [RuneCrafter], I Bam I, themrpropk, eggman, Batteries, SeeJayy, davkilinst12, Phil [tomasamp], Jamst, icepuente, Castration, akonowns, Kyle [pinguin101], QwerTzuioP, kingmkb2010, BEAUman, goodtimes1985, Cody [VorteX], flashweb, jeroen [Bool], iimmk, riolu, Adam [Offgamer], Adam [Smitteh], Luffy, Rodney [eid4321], Marina Runsah, Josh [Abracadabra], Pxro, Lemonhead, WeeD, Machoc111, bernardo, Horry [L.8], goim, Slacia, Branzor, Jellybonez, Branshug, Ben [hugepanic], nightmare518, paulv1777, Tomid10, JADunlap, JordanZ16, sparta12, dragos, Oldrs4ever, Prodigy Peter, edwin cast, Mark [GenoDemoN], Chris [Jenny2010], {Brian}, Cecil, Divine, chris2188, mike8888, Yahoo!, Google

Most Online Today: **106**. Most Online Ever: 165 (March 25, 2011, 04:42:11 PM)

**TERMS OF SERVICE**

Based on DS-Natural designed by DzinerStudio | SMF 2.0 | SMF © 2011, Simple Machines
Page created in 0.046 seconds with 7 queries.

# EXHIBIT  D



buy bots  how-to  support

## Welcome to OEM Bots!

At OEM(Original Equipment Manufacturer) we provide direct bot code/key sales of all the popular neXus bots. Most if not all are priced cheaper than available elsewhere.

30 Day Money-back guarantee! Thats right if the bot becomes dysfunctional within 30 days of purchase you will receive a FULL refund.

3 Day FULL refund NO QUESTIONS ASKED! Need one now? <u>Click here.</u>

## News

<u>Earn over 2M a hour! Products NOW For sale!</u> May 8, 2011

<u>Medicinal Purchase Discount</u>                          January 18, 2011

<u>Merry Christmas!</u>                                          December 27, 2010

          <u>View all entries.</u>

## Bot Spotlight

**Super Fisher**                    $9.99     → Next     🛒 Buy Now

**Xx Green Dragon Killer (GDK)**    $14.99    → Next     🛒 Buy Now

## <u>Need the bot client? Click here to download!</u>

Copyright 2010, OEM Bots

**SUPPORT@OEMBOTS.COM**





ALL Products    Agility    Combat    Construction

Cooking    Crafting    Farming    Firemaking

   

Fishing    Fletching    Herblore    Hunter

Item Gather NON Skill    Magic    Mini Games    Mining

Prayer    Runecrafting    Slayer    Smithing



Summoning          Thieving          Woodcutting

Copyright 2010, OEM Bots

**SUPPORT@OEMBOTS.COM**



buy bots  how-to  support

## Click HERE to download the bot client

## Bought a code under 12 hours ago? Click HERE to get your auth!

## Dissatisfied? 3-Day Money back guarantee(paypal payments only) Click HERE.

## Issue not answered or resolved? DO NOT hesitate to contact us by clicking Here!

### Botting Tips 101

Below are a few basic tips that can help make certain that your botting experience stays safe and that you avoid any detection.

1. Do not bot for more than 6-7 hours per day including breaks (recommended 1-3 hours of breaking). While this is completely optional, it is a very good idea since it's not very human-like to play hours and hours on end, and may throw up "red flags" for Jagex to investigate you.
2. Use breaks to immitate your normal playing style.
3. Do not bot in crowded areas.
4. Do not bot the same skill for days in a row without training a different skill.
5. Do not tell anyone you don't trust that you are botting.
6. Before you turn the bot off for a break, visit the GE, do a common "Unbotted" skill, and chat to your friends.
7. If botting for huge amounts of time, try to have a break for <u>atleast</u> 6 hours. Lets face it, people do play the game a lot for real, and do not sleep much, but everyone sleeps some.
8. If you do not like the auto responders that are available on some bots, turn it off.
9. Turn public chat off.
10. Bot on quickchat worlds.
11. Talk every now and then. Ask the people around you for their skill level, or message your friends.
12. Don't bot naked (without any gear on). This is often a common signature player mods look for and investigate.
13. Check in on your bot every now and then.
14. If you can, only bot on one account at a time. If you use more, make sure you don't run more than ONE account on a signed applet.
15. Use common sense.

Copyright 2010, OEM Bots

SUPPORT@OEMBOTS.COM



buy bots   how-to   support

## Click HERE to download the bot client

---

## Bought a code under 12 hours ago? Click HERE to get your auth!

---

## Dissatisfied? 3-Day Money back guarantee(paypal payments only) Click HERE.

---

**Issue not answered or resolved? DO NOT hesitate to contact us via any method below!**

---

**Email us at:**        **SUPPORT@OEMBOTS.COM**

---

**Call us at:**        **321-549-0626** (USA)

---

Mail us at:        **OEM Bots**
**ATTN: Mark Snellman**
**PO BOX 13347**
**Gainesville, FL 32608**

---

Copyright 2010, OEM Bots

**SUPPORT@OEMBOTS.COM**



buy bots   how-to   support

AIO Fisher + Minigame FullPhilled   $9.45   Next   Buy Now

AIO Jewelry Crafter   $8.99   Next   Buy Now

AltarPrayer   $11.99   Next   Buy Now

AutoConstructionFullPhilled   $10.45   Next   Buy Now

AutoCrafterFullPhilled   $7.33   Next   Buy Now

AutoDruids   $7.99   Next   Buy Now

AutoFletcherFullPhilled   $5.99   Next   Buy Now

AutoGraahkRunesFullPhilled   $4.45   Next   Buy Now

AutoHerbloreFullPhilled   $5.99   Next   Buy Now

AutoStunAlchFullPhilled   $4.44   Next   Buy Now

AutoTannerFullPhilled   $5.45

Blue Dragon Killer   $9.99

Carbon Butterflies   $6.49



| | | | | |
|---|---|---|---|---|
| Carbon Summoner | $5.49 | Next | Buy Now | |
| CarbonFletcher | $6.49 | Next | Buy Now | |
| Dream Fighter | $11.99 | Next | Buy Now | |
| DreamSoulWars | $13.99 | Next | Buy Now | |
| DreamSuperHeater | $7.99 | Next | Buy Now | |
| ExaMTA | $15.99 | Next | Buy Now | |
| ExaPuroPro | $19.99 | Next | Buy Now | |
| HXS Chopper | $11.99 | Next | Buy Now | |
| HXS SuperHeater | $8.99 | Next | Buy Now | |
| HXSFarmer | $13.5 | Next | Buy Now | |
| kMiner | $11.99 | Next | Buy Now | |
| Perfecticus Agility | $10.99 | Next | Buy Now | |
| Perfecticus Cooking | $10.99 | Next | Buy Now | |
| Perfecticus Fighter | $14.99 | | | |
| Perfecticus Firemaker | $10.99 | | | |
| Perfecticus Fisher | $10.99 | | | |



| | | | |
|---|---|---|---|
| Perfecticus Fletching | $10.99 | Next | Buy Now |
| Perfecticus Hunter | $19.99 | Next | Buy Now |
| Perfecticus Pest Control | $10.99 | Next | Buy Now |
| Perfecticus Soul Wars | $14.99 | Next | Buy Now |
| Super Blacksmith | $9.99 | Next | Buy Now |
| Super Fisher | $9.99 | Next | Buy Now |
| Super Leapfisher | $7.49 | Next | Buy Now |
| Super Sprite Hunter | $9.99 | Next | Buy Now |
| Super Thievery | $9.99 | Next | Buy Now |
| Super Tutorial Solver | $9.99 | Next | Buy Now |
| Uber Burner | $9.99 | Next | Buy Now |
| Uber Dagannoth Killer | $13.99 | Next | Buy Now |
| Uber Ectoworship | $9.99 | Next | Buy Now |
| Uber PestControl | $9.99 | Next | Buy Now |
| Uber Plunder | $8.99 | | |
| Uber TzHaar Fight Cave | $7.99 | | |



**Uber Vinesweeper**              $4.99

**Xx Ecto Worship**              $11.99

**Xx Frost Dragon Killer (FDK)**  $18.99

**Xx Green Dragon Killer (GDK)** $14.99

Copyright 2010, OEM Bots

**SUPPORT@OEMBOTS.COM**





# Perfecticus Agility

**General information**

Perfect Agility trains your agility skill so you don't have to spend hours and hours training up one of the most boring skills to do in the game.

Perfect Agility currently does five courses, Gnome Stronghold (should be used for levels 1 - 35),
Barbarian Outpost (should be used for levels 35-55),
Ape Atoll Course (should be used for levels 55-85),
Gnome Stronghold Advanced (should be used for levels 85-90),
Barbarian Outpost Advanced (should be used for levels 90-99).
Perfect Agility runs the course of your selection.
Also, the bot will run with breaks and does all randoms.

**How do the bots work?**

All of our bots are programmed using Java, the same language that is used to create RuneScape itself.
By using sophisticated color-recognition algorithms and advanced programming techniques,
our team of programming gurus are able to create the safest and most effective
botting software available for RuneScape. We guarantee that our
bots work better than any other RuneScape botting system on the net.

**Gnome Agility Course**

- **Level requirement:** None
- **Food requirement:** No
- **Quest requirement:** No
- **Start instructions:** Start near the gnome agility course in the gnome stronghold,
  located north west of Ardougne.

**Gnome (Advanced) Agility Course**

- **Level requirement:** 85 agility,
- **Food requirement:** Yes, if you are below ~90 agility
- **Quest requirement:** No
- **Start instructions:** Start near the gnome agility course in the gnome stronghold,
  located north west of Ardougne.

**Barbarian Agility Course**

- **Level requirement:** 35 agility
- **Food requirement:** Yes, below ~50 agility
- **Quest requirement:** Yes, 'Bar crawl card' miniquest completed
- **Start instructions:** Wield a games necklace,
  bring any kind of food, start anywhere.

**Barbarian (Advanced) Agility Course**

# EXHIBIT  E

**PayPal**

*WELCOME TO THE PRESS CENTER*
Get the latest on PayPal

# PayPal™

**PayPal is the faster, safer way to pay and get paid online.**

The service allows members to send money without sharing financial information, with the flexibility to pay using their account balances, bank accounts, credit cards or promotional financing. With nearly 98 million active accounts in 190 markets and 25 currencies around the world, PayPal enables global ecommerce. PayPal is an eBay company and is made up of three leading online payment services: the PayPal global payment service, the Payflow Gateway and Bill Me Later. The company's open payment platform, PayPal X, allows developers to build innovative payment applications on multiple platforms and devices.

**Company's Founding Date**
December 1998

**Corporate Headquarters**
2211 North First Street
San Jose, California 95131

**Web Site Address**
https://www.paypal.com

**Worldwide Operations**
12312 Port Grace Boulevard
La Vista, Nebraska 68128

Find PayPal by Country:

Select One 

Go to PayPal Worldwide

## Financials

**Q1 2011 Fast Facts**

**GENERAL**

- Founded in December 1998, PayPal is the leading global online payment company.
- PayPal has nearly 98 million active registered accounts and is available in 190 markets.
- PayPal supports payments in 25 currencies including: U.S. Dollar, Australian Dollar, Canadian Dollar, Hong Kong Dollar, Singapore Dollar, Taiwan New Dollar, New Zealand Dollar, Euro, Swiss Franc, Czech Koruna, Swedish Krona, Danish Krone, Norwegian Krone, Hungarian Forint, Mexican Peso, Philippine Peso, Malaysian Ringgit, Chinese RMB, Israeli New Shekel, Pounds Sterling, Brazilian Real, Polish Zloty, Thai Baht, Turkish Lira and Japanese Yen.
- PayPal has localized websites in 21 markets including Australia, Austria, Belgium, Brazil, Canada, China, France, Germany, Hong Kong, Italy, Israel, Japan, Mexico, the Netherlands, Poland, Singapore, Spain, Switzerland, Turkey, the United Kingdom and the United States.
- PayPal is headquartered in San Jose, Calif. with offices in Timonium, Md. Its European headquarters is in Luxembourg and its international headquarters is located in Singapore. PayPal has four operation centers located in Chandler, Ariz; Dublin, Ireland; Kuala Lumpur, Malaysia; and near Omaha, Neb. PayPal has development centers in Austin, Tx; Scottsdale, Ariz.; Chennai, India; Singapore; and Tel Aviv, Israel.

**Q1 2011 FINANCIALS**

- PayPal's revenues now represent nearly 40 percent of eBay Inc. companywide revenues.
- PayPal revenues for Q1 2011 were $992 million, up 23 percent year over year.
- PayPal's international business generated $480 million in revenue in Q1 2011, up 32 percent year over year. International revenue represents about 48 percent of PayPal's total revenue.
- PayPal maintains a very low loss rate – 0.17 percent or less than one fifth of one percent.
- PayPal's net Total Payment Volume, the total value of transactions in Q1 2011 was $27.3 billion, up 28 percent year over year.
- Merchant Services net Total Payment Volume was $17.2 billion in Q1 2011, up 38 percent year over year.

## Related Links

Download PayPal Q1 2011
Fast Facts

## eBay Companies

**Classifieds**

Select One 











- Merchant Services net Total Payment Vol    ns percent of net Total Payment Volume was 63 percent in Q1 2011.

- eBay net Total Payment Volume as percent of net Total Payment Volume was approximately 36 percent in Q1 2011.

- Bill Me Later net Total Payment Volume as percent of net Total Payment Volume was approximately 1 percent in Q1 2011.

- PayPal transacted nearly $3,510 in Total Payment Volume every second in Q1 2011.

**2010 FULL-YEAR FINANCIALS**

- PayPal's 2010 annual revenue was $3.4 billion, up 23 percent year over year.

- PayPal's international business accounted for 47 percent of revenue in 2010.

- PayPal's net Total Payment Volume for 2010, the total value of transactions, was nearly $92 billion, up 28 percent year over year.

- PayPal's Total Payment Volume in 2010 represented nearly 18 percent of global e-commerce.**

- Cross-border trade now accounts for approximately 25 percent of PayPal's Total Payment Volume.

- Merchant Services processed $56 billion in Total Payment Volume in 2010, up 42 percent year over year.

\* active accounts are those that have had activity in the past 12 months
\*\* based on Forrester estimates of the top 12 global e-commerce markets.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Cormac J. Carney  and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

### SACV11- 969 CJC  (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of California

| | | |
|---|---|---|
| Jagex Limited | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. |
| Does 1 - 10, inclusive | ) | **SACV 11-00969 CJC (MLGx)** |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Does 1 - 10

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Frank C. Rothrock
> Natasha L. Mosley
> Shook, Hardy & Bacon LLP
> 5 Park Plaza, Suite 1600
> Irvine, CA 92614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   JUN 2 9 2011

_Signature of Clerk or Deputy Clerk_

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

COPY

| I. (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| JAGEX LIMITED | DOES 1-10,   inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Frank C. Rothrock, Esq./Natasha L. Mosley<br>Shook, Hardy & Bacon L.L.P.<br>5 Park Plaza, Suite 1600<br>Irvine, CA  92614<br>(949) 475-1500 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** Statutory damages

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation of Digital Millennium Copyright Act; breach of contract

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 446 American with Disabilities – Other | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

| FOR OFFICE USE ONLY: | Case Number: . | **SACV 11-00969 CJC (MLGx)** |
|---|---|---|

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

94798  CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | United Kingdom |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, and/or San Luis Obispo Counties (upon information and belief) | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, and/or San Luis Obispo Counties (upon information and Belief) | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties.**

Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_     Date June 28, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com