AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Jagex Limited | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. **SACV 11-00969 CJC (MLGx)** |
| Does 1-10, inclusive | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Does 1 - 10

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Frank C. Rothrock
Natasha L. Mosley
Shook, Hardy & Bacon LLP
5 Park Plaza, Suite 1600
Irvine, CA 92614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

NANCY

Date: JUN 29 2011

*Signature of Clerk or Deputy Clerk*

1191

FOR OFFICE USE ONLY