NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Frank C. Rothrock SBN: 54452
Natasha L. Mosley SBN: 246352
Shook, Hardy & Bacon L.L.P.
5 Park Plaza, Suite 1600
Irvine, CA 92614
(949) 475-1600
nmosley@shb.com

ATTORNEYS FOR: Plaintiff, Jagex Limited

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JAGEX LIMITED,,

Plaintiff(s),

v.

DOES 1-10, inclusive,

Defendant(s).

CASE NUMBER:

**SACV 11-00969 CJC (MLGx)**

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Jagex Limited
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Jagex Limited | Plaintiff |
| Frank C. Rothrock and Natasha L. Mosley of Shook, Hardy & Bacon | Counsel for Jagex Limited |

June 28, 2011
Date

Sign [signature]

Natasha L. Mosley
Attorney of record for or party appearing in pro per
Plaintiff Jagex Limited

CV-30 (04/10)  NOTICE OF INTERESTED PARTIES  American LegalNet, Inc.
www.FormsWorkFlow.com