```
Frank C. Rothrock (SBN: 54452)
Natasha L. Mosley (SBN: 246352)
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Jamboree Center
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016
frothrock@shb.com
nmosley@shb.com
```

Attorneys for Plaintiff Jagex Limited

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGEX LIMITED,<br><br>    Plaintiff,<br><br>vs.<br><br>DOES 1-10,<br><br>    Defendants. | Case No. SACV 11-00969 CJC (MLGx)<br><br>Judge: Hon.<br>Dept.:<br><br>**CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Jagex Limited ("Jagex") states that it does not have a parent corporation. No publicly held company owns ten percent (10%) or more of Jagex's stock.

Dated: June 28, 2011

SHOOK, HARDY & BACON L.L.P.

By: /s/ N. Mosley
    Frank C. Rothrock
    Natasha L. Mosley
    Attorneys for Plaintiff
    Jagex Limited

CORPORATE DISCLOSURE STATEMENT

94795 V1