COPY

1  Frank C. Rothrock (SBN: 54452)
   Natasha L. Mosley (SBN: 246352)
2  SHOOK, HARDY & BACON L.L.P.
   5 Park Plaza, Suite 1600
3  Jamboree Center
   Irvine, California 92614
4  Telephone: (949) 475-1500
   Facsimile: (949) 475-0016
5  frothrock@shb.com
   nmosley@shb.com
6

7  Attorneys for Plaintiff Jagex Limited

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

FILED 2011 JUN 28 PM 4:16 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA BY ___

11 | JAGEX LIMITED,              | Case No. **SACV 11-00969 CJC (MLGx)**
12 |         Plaintiff,          | Judge: Hon.
13 |    vs.                      | Dept.:
14 | DOES 1-10,                  | **NOTICE OF PENDENCY OF OTHER ACTIONS**
15 |         Defendants.         |

18      Pursuant to Local Rule 83-1.4, Plaintiff Jagex Limited, hereby gives notice that
19 the action *Jagex Limited v. Impulse Software, et al.* Case no. 1:10-cv-10216-NMG,
20 pending in the United States District Court for the District of Massachusetts involves
21 all or a material part of the subject matter of the present action, in that it is an action
22 involving a developer and seller of Bot software that is the subject of the instant
23 action:
24      The names, addresses and telephone numbers for the attorneys involved in this
25 matter are as follows:

| | |
|---|---|
| 1 | **Attorneys for Plaintiff/Counter-Defendant Jagex Limited:** |
| 2 | Ross Alan Dannenberg |
| 3 | Banner & Witcoff, Ltd. |
| 4 | 1100 13th Street, NW, Suite 1200 |
| 5 | Washington, DC  20005 |
| 6 | 202-824-3000 |
| 7 | bwlitdocket@bannerwitcoff.com |
| 8 | |
| 9 | Timothy C. Meece |
| 10 | Banner & Witcoff, Ltd. |
| 11 | 10 South Wacker Drive |
| 12 | Chicago, IL  60606 |
| 13 | 312-463-5000 |
| 14 | tmeece@bannerwitcoff.com |
| 15 | |
| 16 | Erin E. Bryan |
| 17 | Banner & Witcoff, Ltd. |
| 18 | 28 State Street, Suite 1800 |
| 19 | Boston, MA  02109 |
| 20 | 617-720-9600 |
| 21 | ebryan@bannerwitcoff.com |
| 22 | |
| 23 | Peter D. McDermott |
| 24 | Banner & Witcoff, LTD |
| 25 | 28 State Street |
| 26 | Boston, MA  02109 |
| 27 | 617-720-9600/617-720-9601 (fax) |
| 28 | pmcdermott@bannerwitcoff.com |

| | |
|---|---|
| 1 | V. Bryan Medlock, Jr. |
| 2 | Richards, Medlock & Andrews |
| 3 | 1201 Elm St. |
| 4 | 4500 Renaissance Tower |
| 5 | Dallas, TX  75270-2197 |
| 6 | 214-939-4500 |
| 7 | bmedlock@bannerwitcoff.com |
| 8 | |
| 9 | Christopher Roth |
| 10 | Banner & Witcoff, Ltd. |
| 11 | 1100 13th Street, Suite 1200 |
| 12 | Washington, DC  20005 |
| 13 | 202-824-3000/202-824-3001 (fax) |
| 14 | croth@bannerwitcoff.com |
| 15 | |
| 16 | **Attorneys for Defendant/Counter-Claimant Impulse Software and** |
| 17 | **Counter- Claimants Eric Snellman and Mark Snellman:** |
| 18 | |
| 19 | Amber N. Davis |
| 20 | Beusse Wolter Sanks Mora & Maire, P.A. |
| 21 | 390 North Orange Avenue, Suite 2500 |
| 22 | Orlando, FL  32801 |
| 23 | 407-926-7700/407-926-7720 (fax) |
| 24 | adavis@iplawfl.com |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Ieuan-Gael Mahony |
| 2 | Holland & Knight, LLP |
| 3 | 10 St. James Avenue, Suite 12 |
| 4 | Boston, MA 02116 |
| 5 | 617-573-5835/617-523-6850 (fax) |
| 6 | ieuan.mahony@hklaw.com |
| 7 | |
| 8 | Terry M. Sanks |
| 9 | Beusse Wolter Sanks Mora & Maire, P.A. |
| 10 | 390 North Orange Avenue, Suite 2500 |
| 11 | Orlando, FL 32801 |
| 12 | 407-926-7700/407-926-7720 (fax) |
| 13 | tsanks@iplawfl.com |

Dated: June 28, 2011

SHOOK, HARDY & BACON L.L.P.

By: _____
Frank C. Rothrock
Natasha L. Mosley
Attorneys for Plaintiff
Jagex Limited

4

NOTICE OF PENDENCY OF OTHER ACTIONS

94796 V1