Frank C. Rothrock SBN 54452
Shook, Hardy & Bacon L.L.P.
5 Park Plaza, Suite 1600
Irvine, CA 92614-2546
Tel: (949) 475-1500; Fax: (949) 475-0016
Email: frothrock@shb.com
Attorneys for Plaintiff Jagex Limited

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JAGEX LIMITED, Plaintiff(s) v. DOES 1-10, inclusive, Defendant(s). | CASE NUMBER SACV 11-00969 CJC (MLGx) **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
|---|---|

NOTICE:   Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Ross A. Dannenberg, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant: Jagex Limited by whom I have been retained.

My business information is:
Banner & Witcoff, Ltd.
*Firm Name*

1100 13th Street, N.W., Suite 1200
*Street Address*

Washington, DC  20005          rdannenberg@bannerwitcoff.com
*City, State, Zip*                    *E-Mail Address*

(202) 824-3000                 (202) 824-3001
*Telephone Number*              *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.   [See Also Attachment "A"]

| Title of Court | Date of Admission |
|---|---|
| USPTO | 2001 |
| USDC, Eastern District of Virginia | 2000 |
| U.S. Court of Appeals for the Fourth Circuit | 2001 |
| U.S. Court of Appeals for the Federal Circuit | 2001 |
|  |  |
|  |  |


I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:   N/A

I designate   Frank C. Rothrock   as local counsel, whose business information is as follows:

Shook, Hardy & Bacon L.L.P.
*Firm Name*

Jamboree Center, 5 Park Plaza, Suite 1600
*Street Address*

Irvine, California 92614-2546          frothrock@shb.com
*City, State, Zip*                        *E-Mail Address*

(949) 475-1500                  (949) 475-0016
*Telephone Number*                  *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   June 30 , 2011            Ross A. Dannenberg
                                *Applicant's Name (please print)*

                                *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   July    , 2011            Frank C. Rothrock
                                *Designee's Name (please print)*

                                *Designee's Signature*
                                SBN 54452
                                *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.


American LegalNet, Inc.
www.FormsWorkFlow.com

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING



THIS IS TO CERTIFY THAT **ROSS ALAN DANNENBERG** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. DANNENBERG** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 6, 2000**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued June 17, 2011

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER