Name & Address:
Frank C. Rothrock SBN 54452
SHOOK HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, California 92614
Tel: (949) 475-1500; Fax: (949) 475-0016
Email: frothrock@shb.com
Attorneys for Plaintiff Jagex Limited

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGEX LIMITED,<br><br>　　　　　　　　　　Plaintiff(s)<br>　　v.<br><br>DOES 1-10, inclusive,<br><br>　　　　　　　　　　Defendant(s). | CASE NUMBER:<br>SACV 11-00969 CJC (MLGx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

　　The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Ross A. Dannenberg</u>, of <u>Banner & Witcoff, Ltd., 1100 13th Street, N.W., Suite 1200, Washington, DC  20005</u>
　　*Applicant's Name*　　　　　　　　　　　　　　*Firm Name / Address*

<u>(202) 824-3000</u>　　　　　　　　　　　　　　<u>rdannenberg@bannerwitcoff.com</u>
　　*Telephone Number*　　　　　　　　　　　　　　*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☒ Plaintiff  ☐ Defendant

☐ Intervener or other interested person _____

and the designation of <u>Frank C. Rothrock SBN 54452</u>
　　　　　　　　　　　　*Local Counsel Designee /State Bar Number*

of <u>Shook, Hardy & Bacon L.L.P., Jamboree Center, 5 Park Plaza, Suite 1600, Irvine, California  92614-2546</u>
　　　　　　　　　　　　*Local Counsel Firm / Address*

<u>(949) 475-1500</u>　　　　　　　　　　　　　　<u>frothrock@shb.com</u>
　　*Telephone Number*　　　　　　　　　　　　　　*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

　　☐ GRANTED
　　☐ DENIED. Fee shall be returned by the Clerk.
　　☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (11/10)　　ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

American LegalNet, Inc.
www.FormsWorkFlow.com