Frank C. Rothrock (SBN: 54452)
frothrock@shb.com
Natasha L. Mosley (SBN: 246352)
nmosley@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Jamboree Center
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016

Ross A. Dannenberg, Esq. (*pro hac vice* application pending)
rdannenberg@bannerwitcoff.com
BANNER & WITCOFF, LTD.
1100 13th Street, NW, Suite 1200
Washington, DC 20005
Telephone: (202) 824-3000
Facsimile: (202) 824-3001

Attorneys for Plaintiff Jagex Limited

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGEX LIMITED,<br><br>        Plaintiff,<br><br>    vs.<br><br>DOES 1-10,<br><br>        Defendants. | Case No. 8:11-cv-00969-CJC-MLG<br>Judge: Hon. Cormac J. Carney<br>Ctrm: 9B<br><br>**DECLARATION OF DANIEL CLOUGH IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**<br><br>[Filed concurrently with Notice of *Ex Parte* Application and *Ex Parte* Application; [Proposed] Order] |

I, Daniel Clough, hereby declare as follows:

    1.    The following statement made herein of my own knowledge are true and all statements made on information and belief are believed to be true. These statements were made with the knowledge that willful, false statements so made are punishable by fine or imprisonment or both, under 18 U.S.C. § 1001.

    2.    I am the Chief Operating Officer of the above-captioned Plaintiff,

Jagex Limited ("Jagex"), and also serve as Vice President of RuneScape. As Chief Operating Officer, I oversee all operational aspects of game development for Jagex's various Games. In addition to managing Jagex's existing titles, I work alongside Jagex's Executive Team developing future titles and growing the already significant player community.

3. Jagex (UK registered company number 03982706) is a Cambridge, UK, based developer and publisher of massively multiplayer online games.

4. Jagex employs over 450 staff and is widely recognized as an industry-leading company having been awarded numerous prestigious awards including The Times Top 100 Best Companies award and was named one of the most successful games studios in the world by the trade publication Develop Magazine.

5. Since 2001 Jagex has owned and operated the RuneScape game ("RuneScape") at the website www.runescape.com. RuneScape is a massive multiplayer online game ("MMOG"). In 2008 RuneScape was recognized as the world's most popular free online role-playing game by Guinness World Records, with over 130 million accounts created since the launch of the game.

6. RuneScape takes place in a fantasy-themed realm divided into several different kingdoms, regions, and cities. Each region offers different types of enemies, resources, and quests to challenge players.

7. In RuneScape, players set their own goals and objectives. RuneScape does not follow a linear storyline. Within the game players are represented as customizable avatars, a virtual representation of the player. Players can battle demons and dragons, complete quests, or increase their experience in any of the twenty-five available skills. Players interact with each other through trading, chatting, or by participating in both combative and cooperative mini-games and activities.

8. Gaining new experience levels requires a substantial investment of

2
DECLARATION OF DANIEL CLOUGH IN SUPPORT OF
EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
95244 V1

time and effort in playing the game with many players investing many hundreds of hours over a period of months or even years. The three highest ranked players have a cumulative total of over 2500 days in game (an average of approximately 20,000 hours each). All RuneScape avatars represent a significant time, financial and emotional investment on behalf of the player.

9. Jagex offers both a subscription (ad-free) and a free-to-play (advertising supported) version of RuneScape. Players who choose to subscribe to RuneScape are given access to additional lands, items and skills within the game. Advertisements are also displayed on the RuneScape homepage. Together, advertising and subscription form the core of Jagex's income.

10. Prior to being allowed to play RuneScape, users are required to agree to the Terms and Conditions at http://www.runescape.com/terms/terms.ws.

11. The Terms and Conditions include the obligation that players follow the "Rules of RuneScape," found at http://www.runescape.com/kbase/guid/rules_of_conduct.

12. The Rules of RuneScape preclude the use of macros or third-party software:

> You must not use other software to gain an unfair advantage in our games. This includes automation tools, macros, bots, or auto-typers. You may not circumvent any of our mechanisms designed to automatically log out inactive users.

> You also must not use any game-specific, third-party software that encourages breaking of our rules, or bypasses the normal navigation of our website, or automatically requests pages from our website, or which endangers user accounts.

13. Any use of the RuneScape game or Software that is not in

accordance with the Terms and Conditions is expressly prohibited. Among other provisions, the Terms and Conditions state that "YOU WILL BE LIABLE FOR ANY LOSS OR DAMAGE [JAGEX] SUFFER[S] ARISING FROM YOUR BREACH OF THIS AGREEMENT OR MISUSE OF A JAGEX PRODUCT."

14. The provisions of the Terms and Conditions are designed to protect the integrity of the RuneScape game by, among other things, preventing players from cheating, and thereby adversely impacting the experience of all users that play fairly. The Terms and Conditions provide commercially reasonable contractual protection of Jagex's rights in and to the RuneScape game.

15. Bot Developers develop and sell Bot software that Defendants download and use in contravention of the RuneScape Terms and Conditions. The Bot software automatically logs in, as if a human user, and interacts with the RuneScape game. Through the interaction, the Bot software performs tasks that would otherwise be manually performed by a human user, such as tasks that increase skills of a user's in-game character. The use of Bot software circumvents RuneScape's automated security measures to gain unfair and unlawful advantages within the RuneScape game.

16. Jagex employs automated technological measures that monitor and analyze the actions of users playing the RuneScape® game.

17. If a user successfully circumvents the automated technological measures employed by Jagex, Jagex is unable to determine the identity of the user because Jagex is unaware of said circumvention.

18. It is my understanding that, when given an IP address and the date and time of infringement, an ISP quickly and easily can typically identify the user associated with the IP address, including the user's name and address because that information is contained in the ISP's subscriber activity log files.

19. It is my understanding that ISPs typically keep log files of subscriber activities for only limited periods of time — which can range from as short as a

few days, to a few months — before erasing the data.

20.  Jagex does not know who all the users using Bot software with RuneScape are, and therefore needs to obtain personally identifying information about the users in order to pursue legal remedies available to Jagex, and to ensure that the users does not commit additional infringements and misuse in the future.

21.  The only way to identify users who have successfully circumvented Jagex's automated technological measures is to obtain discovery from one or more payment service providers, such as PayPal®, to learn the identity of Bot software purchasers.

I declare under penalty of perjury under the law of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 01 day of July 2011, at Cambridge, England.

_____
Daniel Clough