Frank C. Rothrock (SBN: 54452)
frothrock@shb.com
Natasha L. Mosley (SBN: 246352)
nmosley@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Jamboree Center
Irvine, California 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-0016

Ross A. Dannenberg, Esq. (*pro hac vice* application pending)
rdannenberg@Bannerwitcoff.com
BANNER & WITCOFF, LTD.
1100 13th Street, NW, Suite 1200
Washington, DC 20005
Telephone: (202) 824-3000
Facsimile: (202) 824-3001

Attorneys for Plaintiff Jagex Limited

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGEX LIMITED,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOES 1-10,<br><br>　　　　Defendants. | Case No. 8:11-cv-00969-CJC-MLG<br>Judge: Hon. Cormac J. Carney<br>Ctrm: 9B<br><br>**NOTICE OF ERRATA RE *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that the Ex Parte Application of Plaintiff Jagex Limited ("Jagex") for leave to take immediate discovery was filed without the moving

NOTICE OF ERRATA

95417 V1

1 | attorney's signature.  A corrected document will be filed immediately following the

2 | filing of this Notice of Errata.

3

4

5 | Dated:  June 1, 2011

Respectfully submitted,

6 | SHOOK, HARDY & BACON L.L.P.

7

8 | By:  /s/ Natasha L. Mosley

9 | Frank C. Rothrock
Natasha L. Mosley
Attorneys for Plaintiff

10 | Jagex Limited

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

95417 V1