Frank C. Rothrock SBN 54452
Shook, Hardy & Bacon L.L.P.
5 Park Plaza, Suite 1600
Irvine, CA 92614-2546
Tel: (949) 475-1500; Fax: (949) 475-0016
Email: frothrock@shb.com
Attorneys for Plaintiff Jagex Limited

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JAGEX LIMITED,<br><br>Plaintiff(s)<br><br>v.<br><br>DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NUMBER<br>SACV 11-00969 CJC (MLGx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
|---|---|

NOTICE:   Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Timothy C. Meece                                            , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant: Jagex Limited                                            by whom I have been retained.

My business information is:
Banner & Witcoff, Ltd.
*Firm Name*

Ten South Wacker Drive, Suite 3000
*Street Address*

Chicago, IL 60606-7407                                    tmeece@bannerwitcoff.com
*City, State, Zip*                                                        *E-Mail Address*

(312) 463-5000                                                    (312) 463-5001
*Telephone Number*                                              *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.   [See Also Attachment "A"]

| Title of Court | Date of Admission |
|---|---|
| See Attachment A | |
| | |
| | |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:  N/A

I designate  Frank C. Rothrock  as local counsel, whose business information is as follows:

Shook, Hardy & Bacon L.L.P.
*Firm Name*

Jamboree Center, 5 Park Plaza, Suite 1600
*Street Address*

Irvine, California  92614-2546                    frothrock@shb.com
*City, State, Zip*                                  *E-Mail Address*

(949) 475-1500                                     (949) 475-0016
*Telephone Number*                                 *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  June 30, 2011                         Timothy C. Meece
                                             *Applicant's Name (please print)*

                                             [signature]
                                             *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  July ___, 2011                        Frank C. Rothrock
                                             *Designee's Name (please print)*

                                             [signature]
                                             *Designee's Signature*
                                             SBN 54452
                                             *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.


American LegalNet, Inc.
www.FormsWorkflow.com

## ATTACHMENT A

## APPLICATION OF NON-RESIDENT ATTORNEY
## TO APPEAR IN A SPECIFIC CASE

## TIMOTHY C. MEECE

U.S. Court of Appeals for the Federal Circuit (1996)

U.S. Court of Appeals for the Seventh Circuit (2004)

U.S. Court of Appeals for the Sixth Circuit (2006)

U.S. District Court for the Eastern District of Michigan (2003)

U.S. District Court for the Eastern District of Wisconsin (2000)

U.S. District Court for the Northern District of Illinois (1995)

U.S. District Court, Northern District of Illinois Trial Bar (1999)

U.S. Supreme Court (2007)

94774 v1

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Timothy Colin Meece

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 2, 1995 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, June 20, 2011.

*Carolyn Taft Grosboll*

Clerk