Name & Address:
Frank C. Rothrock SBN 54452
SHOOK HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, California 92614
Tel: (949) 475-1500; Fax: (949) 475-0016
Email: frothrock@shb.com
Attorneys for Plaintiff Jagex Limited

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGEX LIMITED,<br><br>    Plaintiff(s)<br>v.<br><br>DOES 1-10, inclusive,<br><br>    Defendant(s). | CASE NUMBER:<br>SACV 11-00969 CJC (MLGx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Timothy C. Meece                    , of  Banner & Witcoff, Ltd., Ten South Wacker Drive, Suite 3000, Chicago, IL  60606-7407
   *Applicant's Name*                              *Firm Name / Address*

(312) 463-5000                                  tmeece@bannerwitcoff.com
   *Telephone Number*                           *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☒ Plaintiff   ☐ Defendant

☐ Intervener or other interested person  _____

and the designation of  Frank C. Rothrock SBN 54452
                        *Local Counsel Designee /State Bar Number*

of  Shook, Hardy & Bacon L.L.P., Jamboree Center, 5 Park Plaza, Suite 1600, Irvine, California  92614-2546
    *Local Counsel Firm / Address*

(949) 475-1500                                  frothrock@shb.com
  *Telephone Number*                            *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____          _____
                                       U. S. District Judge/U.S. Magistrate Judge