UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV11-00969-CJC (MLGx) | Date | July 6, 2011 |
|---|---|---|---|
| Title | Jagex Limited v. Does 1-10 | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge |
|---|---|
| Terri Steele | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   In Chambers: Order Granting Ex Parte Motion for Leave to Take Immediate Discovery [Doc #7]

    Plaintiff's ex parte motion for leave to take immediate discovery is GRANTED. Plaintiff may serve immediate discovery on PayPal Inc., to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks documents that identify each Doe Defendant, including the name, current and permanent addresses, telephone numbers, email addresses, and Media Access Control addresses for each Defendant.

    In the event that discovery obtained from PayPal is insufficient to provide complete identifying information for a Defendant, Plaintiff may serve immediate discovery on any Internet Service Provider that may be identified from the PayPal records or otherwise obtained. This discovery shall also be limited to documents that identify each Doe Defendant, including the name, current and permanent addresses, telephone numbers, email addresses, and or similar information suitable for identification and location of each Defendant.

    It is ordered that any information disclosed to Plaintiff in response to the Rule 45 subpoena may be used solely for protecting Plaintiff's rights under the Digital Millennium Copyright Act.

    A copy of this order shall be served with each subpoena.

                                                                                                    :

Initials of Clerk    ts