Name & Address:
Frank C. Rothrock SBN 54452
SHOOK HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, California 92614
Tel: (949) 475-1500; Fax: (949) 475-0016
Email: frothrock@shb.com
Attorneys for Plaintiff Jagex Limited

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JAGEX LIMITED, | CASE NUMBER: |
| --- | --- |
| Plaintiff(s) | SACV 11-00969 CJC (MLGx) |
| v. | |
| DOES 1-10, inclusive, | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Ross A. Dannenberg__ , of __Banner & Witcoff, Ltd., 1100 13th Street, N.W., Suite 1200, Washington, DC 20005__
   *Applicant's Name*                    *Firm Name / Address*

__(202) 824-3000__                    __rdannenberg@bannerwitcoff.com__
   *Telephone Number*                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☒ Plaintiff  ☐ Defendant

☐ Intervener or other interested person _____

and the designation of __Frank C. Rothrock SBN 54452__
                         *Local Counsel Designee / State Bar Number*

of __Shook, Hardy & Bacon L.L.P., Jamboree Center, 5 Park Plaza, Suite 1600, Irvine, California 92614-2546__
                         *Local Counsel Firm / Address*

__(949) 475-1500__                    __frothrock@shb.com__
   *Telephone Number*                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __7/5/11__                    _____
                                     U. S. District Judge/~~U.S. Magistrate Judge~~