Name & Address:
Frank C. Rothrock SBN 54452
SHOOK HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, California 92614
Tel: (949) 475-1500; Fax: (949) 475-0016
Email: frothrock@shb.com
Attorneys for Plaintiff Jagex Limited



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGEX LIMITED,<br><br>　　　　　　　　　Plaintiff(s)<br>　　　v.<br><br>DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendant(s). | CASE NUMBER:<br>SACV 11-00969 CJC (MLGx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Timothy C. Meece__, of __Banner & Witcoff, Ltd., Ten South Wacker Drive, Suite 3000, Chicago, IL 60606-7407__
　　　Applicant's Name　　　　　　　　　　　　　　　　　　Firm Name / Address

__(312) 463-5000__　　　　　　　　　　　　　　　　__tmeece@bannerwitcoff.com__
　　　Telephone Number　　　　　　　　　　　　　　　　E-mail Address

for permission to appear and participate in the above-entitled action on behalf of  ☒ Plaintiff  ☐ Defendant
☐ Intervener or other interested person _____

and the designation of __Frank C. Rothrock SBN 54452__
　　　　　　　　　　　　　　Local Counsel Designee / State Bar Number

of __Shook, Hardy & Bacon L.L.P., Jamboree Center, 5 Park Plaza, Suite 1600, Irvine, California  92614-2546__
　　　　　　　　　　　　　　Local Counsel Firm / Address

__(949) 475-1500__　　　　　　　　　　　　　　　　__frothrock@shb.com__
　　　Telephone Number　　　　　　　　　　　　　　　　E-mail Address

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated  _July 6, 2011_　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　U. S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (11/10)　　ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

American LegalNet, Inc.
www.FormsWorkFlow.com